CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-287 (JR) |
| | ) | |
| ADRIAN D. WEBB | ) | Category  B |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on November 26, 2007 from Judge Ellen S. Huvelle to Judge James Robertson by direction of the Calendar Committee.

(Reassigned by consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Huvelle & Courtroom Deputy
      Judge Robertson & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk ✓
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk