IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 07-287(JR) |
| v. | ) | |
| ADRIAN WEBB | ) | |

**UNOPPOSED MOTION TO CONTINUE STATUS/PLEA HEARING SCHEDULED FOR DECEMBER 19, 2007 AT 9:00 A.M. AND TO EXTEND TIME IN WHICH OPPOSITIONS TO MOTIONS MUST BE FILED**

Defendant, Adrian Webb, through undersigned counsel, respectfully moves this Honorable Court to continue the status hearing scheduled for December 19, 2007 at 9:00 a.m and to enlarge the time in which responses to motions must be filed. In support of his motion, Mr. Webb submits the following:

The parties appeared for a status hearing before this Court on December 7, 2007. At that hearing, undersigned counsel informed the Court and the government that Mr. Webb wished to see a plea offer in writing. A status/plea hearing was scheduled for December 19th and the parties were asked to inform the Court in advance as to which kind of hearing it would be. The Court also extended the deadline for the filing of oppositions to pre-trial motions until December 19th.

Early in the week of December 10th, undersigned counsel received a plea offer in writing from the government and met with Mr. Webb to discuss the agreement. Negotiations followed and a second version of the plea agreement was faxed to undersigned counsel on December 14th. Counsel

attempted to visit Mr. Webb the 17th and 18th of December, but was unable to do so because the DC Jail is on lock-down status and no legal visits are, at this time, permitted. In light of the conditions at the Jail, counsel has been unable to visit Mr. Webb and review the revised plea offer. Counsel remains confident that this case can de resolved pre-trial, but requests additional time to review the plea agreement with her client. Because the parties are still hopeful as to the success of a plea, they are requesting an enlargement of time in which to file their oppositions.

    Counsel for the government has no opposition to the pending motion. Undersigned counsel and counsel for the government have conferred with the Deputy Clerk and a new hearing date and time of January 11, 2008 at 10:30 a.m. have been selected.

    Respectfully submitted,

    A.J. Kramer
    Federal Public Defender


    _____

    Lara Quint
    Assistant Federal Public Defender
    625 Indiana Ave., N.W., Suite 550
    Washington, D.C. 20004
    (202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-287(JR) |
| v. ) | |
| ADRIAN WEBB ) | |

**ORDER**

_____Upon consideration of Defendant's Unopposed Motion to Continue Status Hearing and Extend Time in Which Oppositions to Pre-Trial Motions must be Filed, it is by the Court hereby

ORDERED that the motion is GRANTED and the hearing scheduled for December 19, 2007 is VACATED.

A status/plea hearing is scheduled for January 11, 2008 at 10:30 a.m. If necessary, oppositions to pre-trial motions shall be filed no later than January 11, 2008.

SO ORDERED.

_____            _____
DATE                            JAMES ROBERTSON
                                UNITED STATES DISTRICT JUDGE


Copies to:

Louis Ramos, AUSA
Lara Quint, AFPD