CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 1 1 2008

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     )
                             )
            vs.              )   Criminal No. 07-287
                             )
   Adrian Webb               )
                             )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge