UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. 07-0287** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ADRIAN WEBB,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Renata Cooper**, at telephone number **(202) 307-0031** and/or email address [Renata.Cooper@usdoj.gov](mailto:Renata.Cooper@usdoj.gov). **Renata Cooper**, will substitute for former Assistant United States Attorney **Louis Ramos** as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney

_____/s/_____
**Renata Cooper, # 424-248**
**Assistant United States Attorneys**
**Federal Major Crimes**
**555 4th Street, NW, Room 4846**
**Washington, DC 20530**
**(202) 307-0031**