IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No.  07-287(JR) |
| ) | |
| v. ) | |
| ) | |
| ADRIAN WEBB ) | |
| ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING SCHEDULED FOR MARCH 28, 2008 AT 9:30 A.M.**

Defendant, Adrian Webb, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for March 28, 2008 at 9:30 a.m.  In support of his motion, Mr. Webb submits the following:

Counsel is in what is expected to be a six-week trial before Judge Lamberth.  When counsel requested the sentencing date of March 28th, she anticipated that the trial court would not be sitting on Fridays. While that has been the pattern, Judge Lamberth decided to sit on Friday, March 28th in light of the court recess on Monday, March 24. Therefore, counsel will be in trial at the time of Mr. Webb's scheduled sentencing.

Counsel requests a continuance until April 25, 2008. Counsel has consulted with counsel for the government and the parties agree that Friday, April 25th is a mutually agreeable date in light of trial schedules.  Counsel will also be available with more flexibility after that date should the 25th not be a convenient date for the Court.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


  /s/
Lara Quint
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-287(JR) |
| ) | |
| v. ) | |
| ) | |
| ADRIAN WEBB ) | |

## ORDER

_____Upon consideration of Defendant's Unopposed Motion to Continue Sentencing Hearing ,

it is by the Court hereby

ORDERED that the motion is GRANTED and the hearing scheduled for March 28th, 2008 is VACATED.

The new sentencing hearing is scheduled for _____

SO ORDERED.


_____              _____

DATE                              JAMES ROBERTSON
                                  UNITED STATES DISTRICT JUDGE



Copies to:

Renata Cooper, AUSA
Lara Quint, AFPD