**FILED**

MAR 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Crim. No. 07-287(JR)** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| **ADRIAN WEBB** | ) |  |
|  | ) |  |

### ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing Hearing ,

it is by the Court hereby

ORDERED that the motion is GRANTED and the hearing scheduled for March 28th,

2008 is VACATED.

The new sentencing hearing is scheduled for _April 25, 2008 at 10:00 a.m._

SO ORDERED.

_3/26/08_

DATE

_Tames Robertson_

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE