IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Crim. No. 07-287(JR) |
| | ) | |
| v. | ) | |
| | ) | |
| **ADRIAN WEBB** | ) | |
| | ) | |

**MOTION TO CONTINUE SENTENCING SCHEDULED FOR MAY 6, 2008
AT 2:30 P.M.**

Defendant, Adrian Webb, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for May 6, 2008 at 2:30 p.m. In support of his motion, Mr. Webb submits the following:

Mr. Webb's fiancee, Camisa Key, is pregnant and due to give birth to a son in early July. While it would mean remaining at the D.C. Jail for a longer period of time, Mr. Webb would like his sentencing to be continued until after his fiancee has given birth. He would very much like to meet his first child, and see Ms. Key, before he is transported to a Bureau of Prisons facility. Were Mr. Webb to be sentenced in early July, the delay between sentencing and transportation to a federal facility would enable him to do so.

Counsel attempted to reach counsel for the government to ascertain her position but was unable to do so.

        Respectfully submitted,

        A.J. Kramer
        Federal Public Defender


         /s/
        Lara Quint
        Assistant Federal Public Defender
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | Crim. No.  07-287(JR) |
| )  | |
| v.   ) | |
| ) | |
| ADRIAN WEBB   ) | |

## ORDER

_____Upon consideration of Defendant's Unopposed Motion to Continue Sentencing Hearing , it is by the Court hereby

ORDERED that the motion is GRANTED and the hearing scheduled for May 6, 2008 is VACATED.

The new sentencing hearing is scheduled for _____

SO ORDERED.

_____                                    _____

DATE                                                            JAMES ROBERTSON
                                                                    UNITED STATES DISTRICT JUDGE

Copies to:

Renata Cooper, AUSA
Lara Quint, AFPD