UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Crim. Action No. 07-0287 (JR) |
| ADRIAN D. WEBB, | : |
| Defendant. | : |

**FILED**
MAY - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Defendant's motion to continue sentencing [#15] is **denied**, but the sentencing date will be re-set to accommodate defense counsel's need to attend a funeral. The Court will recommend to the Bureau of Prisons that defendant's place of incarceration will be close to Washington, D.C., to enable visits from his fiancee and his expected child.

_____
JAMES ROBERTSON
United States District Judge