UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Criminal No.   07-00287 (JR) |
| ADRIAN WEBB | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**    Adrian Webb

**Name and address of appellant's attorney:**    Lara G. Quint
Neil Jaffee
Federal Public Defender
625 Indiana Ave.,.W., Suite 550
Washington, DC 20004

**Offense:**

18:922(g)(1); TRANSPORT FIREARMS INTERSTATE BY FELON; Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year.

21:841(a)(1) and 841(b)(1)(C); NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE; Unlawful Distribution of Cocaine Base.

**Concise statement of judgment or order, giving date, and any sentence:**

Sentencing held on 5/15/2008 as to ADRIAN D. WEBB (1). Count(s) 1s, Defendant sentenced to Seventy (70) months incarceration to run concurrent to Count 2s; followed by Three (3) years of supervised release on each count. Count(s) 2s, Defendant sentenced to Seventy (70) months incarceration to run concurrent to Count 1s; followed by Three (3) years of supervised release on each count. $100.00 special assessment imposed on each count for a total amount of $200.00. Special assessment due immediately and payable to the Clerk of Court for the U.S. District Court for the District of Columbia; fine waived.

**Name of institution where now confined, if not on bail:** DC Jail

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| | |
|---|---|
| 5/20/08 | Adrian Webb |
| DATE | APPELLANT |

| | |
|---|---|
| CJA, NO FEE | /s/ |
| PAID USDC FEE | Lara G. Quint |
| PAID USCA FEE | ATTORNEY FOR APPELLANT |

Does counsel wish to appeal on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes